## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Murrell-Carter, Janette

Carter, Derry

Printed: 12/13/07

Case Number:  07 B 15275

Judge:  Hollis, Pamela S

Filed:  8/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  October 29, 2007

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | JB Robinson Jewelers | Secured | 0.00 | 0.00 |
| 3. | Sterling Inc | Secured | 0.00 | 0.00 |
| 4. | Kay Jewelers | Secured | 0.00 | 0.00 |
| 5. | JB Robinson Jewelers | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 844.33 | 0.00 |
| 7. | City Of Chicago | Secured | 110.00 | 0.00 |
| 8. | Illinois Title Loans | Secured | 958.91 | 0.00 |
| 9. | Turner Acceptance Corporation | Secured | 7,900.00 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | 6,606.44 | 0.00 |
| 11. | Merrick Bank | Unsecured | 115.20 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 38.27 | 0.00 |
| 13. | Target National Bank | Unsecured | 23.25 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 90.71 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 164.45 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 38.44 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 33.58 | 0.00 |
| 19. | Capital One | Unsecured | 0.00 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 43.29 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 51.90 | 0.00 |
| 22. | Premier Bankcard | Unsecured | 46.71 | 0.00 |
| 23. | Aspire Visa | Unsecured | | No Claim Filed |
| 24. | AT&T | Unsecured | | No Claim Filed |
| 25. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Murrell-Carter, Janette
Carter, Derry
Printed: 12/13/07

Case Number: 07 B 15275
Judge: Hollis, Pamela S
Filed: 8/23/07

| | | | |
|---|---|---|---|
| 26. | Direct Merchants Bank | Unsecured | No Claim Filed |
| 27. | Direct Tv | Unsecured | No Claim Filed |
| 28. | Household Credit Services | Unsecured | No Claim Filed |
| 29. | Legacy Visa | Unsecured | No Claim Filed |
| 30. | Household Credit Services | Unsecured | No Claim Filed |
| 31. | Shell | Unsecured | No Claim Filed |
| | | _____ | _____ |
| | | $ 17,065.48 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: